# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2024

## NO.  03-23-00252-CR

**Abel Abraham Rueda, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction entered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment.  Therefore, the Court affirms the trial court's judgment of conviction.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.